UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIE ZHANG et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DAVID RADEL et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-06395-SB-AGR<br><br><br>ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

　　　The complaint in this case was filed on September 7, 2022.  Dkt. No. 1.  On October 14, 2022, Plaintiffs filed proof that Defendant Merrick Garland was served on September 13, 2022, Defendant Ur Mendoza Jaddou was served on September 12, 2022, Defendant David Radel was served on September 9, 2022, and Defendant U.S. Department of Homeland Security was served on September 12, 2022. Dkt. No. 9.

　　　Generally, the United States, United States agencies, and United States officers and employees must answer a complaint within 60 days after service.  *See* Fed. R. Civ. P. 12(a)(2).  Plaintiffs' proof of service indicates that because Defendants were served between September 9 and 13, responsive pleadings were due between November 8 and November 14.  No responsive pleading has been filed, and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than December 13, 2022, why this action should not be dismissed for lack of prosecution.

　　　The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.

1

2

     Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: December 6, 2022

                                                 Stanley Blumenfeld, Jr.
                                              United States District Judge