UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIE ZHANG et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>DAVID RADEL et al.,<br><br>   Defendants. | Case No. 2:22-cv-06395-SB-AGR<br><br>ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

  The complaint in this case was filed on September 7, 2022.  Dkt. No. 1.  On October 14, 2022, Plaintiffs filed proof that Defendant Merrick Garland was served on September 13, 2022, Defendant Ur Mendoza Jaddou was served on September 12, 2022, Defendant David Radel was served on September 9, 2022, and Defendant U.S. Department of Homeland Security was served on September 12, 2022.  Dkt. No. 9.  On December 6, 2022, this Court issued an order to show cause re: lack of prosecution, to which Plaintiffs responded and timely filed a motion for entry of default against Defendants.  Dkt. Nos. 10, 11, 12.

  On December 14, 2022, the Clerk issued a notice of deficiency indicating the Plaintiffs had multiple deficiencies within the proof of service at Dkt. No. 9, among other deficiencies, with instructions to correct their request.  Dkt. No. 13.  As Plaintiffs are proceeding pro se in this matter, the Court allotted additional time for a response from Plaintiffs considering the intervening holidays and possible mailing delays.

  More than 30 days have elapsed since the Clerk's notice and Plaintiffs have not provided the Court with new and corrected proofs of service in compliance with Fed. R. Civ. P. 4(c)(2), corrected their request for default, or provided the Court with new mailing addresses.[1]

---

[1] The docket reflects returned mail from Plaintiffs Pinwen He, Jie Zhang, and Jiajun He.  Dkt. Nos. 14, 15, 16.  The Court previously advised Plaintiffs of their responsibilities to comply with all court orders, local and federal rules, which

Accordingly, Plaintiff is ordered to show cause, in writing, no later than February 6, 2023, why this action should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: January 30, 2023

                                            Stanley Blumenfeld, Jr.
                                         United States District Judge

---

includes their duty to maintain an up-to-date mailing address with this Court.  Dkt. No. 8.